UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LING QIN YE,
LIN QIANG YE,
LING HUI YE. And
WEN KE YE,
*on their own behalf and on behalf of others similarly situated*

                          Plaintiffs,

- against -

FUJI HANA RESTAURANT COPR.
    d/b/a Fuji Hana Kosher Japanese Restaurant
    d/b/a Fuji Hana

LORRAINE GINDI, and
ESTATE OF ISADORE GINDI

                          Defendants.

Case No. 20-cv-02749

**STIPULATION OF**
**SETTLEMENT REVISION**

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED**

1.     In response to the Court's Order dated February 9, 2021, and oral instructions during the telephone conference on February 2 2021, the parties hereby stipulate and agree to the revise the Settlement Agreement, filed on January 11 2021, as part of the parties' joint motion for settlement approval, (Docket #30-1) as follows:

2.     The parties agree that to strike "Southern" in paragraph 11 of the Settlement Agreement, and replace "Southern" with "Eastern" and for the paragraph 11 of the Settlement Agreement to read as follows:

"11. Choice of Law and Forum

This Agreement shall at all times be construed and governed by the laws of the State of New York, regardless of conflicts of laws principles. Any dispute, claim or cause of action

arising out of, or relating to, Plaintiffs' employment with Defendants or this Agreement shall be resolved in the United States District Court for the Eastern District of New York, with the prevailing party being awarded reasonable attorneys' fees and costs."

    3.    The language of Paragraph 2 of this Stipulation supersedes the language of Paragraph 11 of the Settlement Agreement.

    4.    Counsel for the parties sign this stipulation with the knowledge and consent of the respective parties.

Dated: March 1, 2021

| | |
|---|---|
| **TROY LAW, PLLC** <br> *Attorneys for the Plaintiff* | **Hamra Law Group PC** <br> *Attorneys for Defendants* |
| By: /s/ John Troy <br> John Troy, Esq. (JT 0481) <br> 41-25 Kissena Blvd., Suite 103 <br> Flushing, NY 11355 <br> Tel: 718 762 1324 | /s/ <br> Ibrahim Abohamra, Esq., Esq. <br> 32 Broadway Suite 1818, <br> New York, NY 10004 |

                        So Ordered

                        U.S.M.J._____